IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAY 21  P 2: 20

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff | * |
| v. | *  CIVIL NO. WMN-02-758 |
| RENEE L. ELLIOTT<br>a/k/a Renee Singleton | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The court file reflecting that service of process has been effected upon defendant **Renee L. Elliott a/k/a Renee Singleton,** and that defendant has not yet filed any response to the Complaint, it is, this 21st day of May 2002

ORDERED that plaintiff file a motion for entry of default and motion for default judgment or provide a report as to why such a motion would be inappropriate on or before June 4, 2002.

_____
William M. Nickerson
United States District Judge